IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02045-ZLW-MJW

JAMES H. GOLLEHER,

Plaintiff(s),

v.

PLUS ONE COMMUNITIES, LLC, a Colorado limited liability company;
GEORGE LOWEN, an individual; and
WILLIAM E. WOOD III, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Plus One Communities, LLC's "Letter Requesting Acceptance of Plus One's Answer as Prepared by Company Officer"[sic](docket no. 8) is viewed by this court as a motion and DENIED for the following reason. William E. Wood III is the Chief Executive Officer for Defendant Plus One Communities, LLC, and he filed on behalf of the Defendant Plus One Communities, LLC, an Answer (docket no. 8-1). Mr. Wood is not an attorney at law in good standing and admitted to the bar of the United States District Court for the District of Colorado. "As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se." Harrison v. Wahatoyas, L.L.C., 253 F.3d 552, 556 (10th Cir. 2001) (citing Flora Constr. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 414 (10th Cir. 1962)). See Tal v. Hogan, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006); Martin v. Directors of Guild of Am., 2006 WL 1351650, *2 (D. Colo. May 16, 2006) ("It is well established that LLCs must be represented by counsel in order to proceed before this court.").

It is FURTHER ORDERED that the Answer to the Complaint filed by Defendant Plus One Communities, LLC, (docket no. 8-1) is STRICKEN.

If is FURTHER ORDERED that Defendant Plus One Communities, LLC, shall forthwith retain legal counsel or show cause why default judgment should not enter against Defendant Plus One Communities, LLC, and in favor of the Plaintiff on or before October 22, 2010.

It is FURTHER ORDERED that Defendant William E. Wood III may retain legal counsel or he may represent himself only in this lawsuit.

Date:   September 23, 2010