IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-02045-ZLW-MJW

JAMES H. GOLLEHER,

    Plaintiff,

v.

PLUS ONE COMMUNITIES, LLC, a Colorado limited liability company;
GEORGE LOWEN, an individual; and
WILLLIAM E. WOOD, III, an individual,

    Defendants.

---

## ORDER

---

It is ORDERED that Plaintiff shall file a motion for entry of default pursuant to Fed. R. Civ. P. 55 as to Defendant Plus One Communities, LLC on or before November 19, 2010.

DATED at Denver, Colorado, this 3rd day of November, 2010.

                        BY THE COURT:

                        *Zita Leeson Weinshienk*
                        _____
                        ZITA LEESON WEINSHIENK, Senior Judge
                        United States District Court