IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02045-ZLW-MJW

JAMES H.  GOLLEHER,

Plaintiff(s),

v.

PLUS ONE COMMUNITIES, LLC, a Colorado limited liability company;
GEORGE LOWEN, an individual; and
WILLIAM E. WOOD III, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend Scheduling Order, DN 25, filed with the court on February 24, 2011, is GRANTED and the deadline for the exchange of Rule 26(a)(2) affirmative disclosures is hereby extended up to and including March 31, 2011.   The deadline for the exchange of Rule 26(a)(2) rebuttal disclosures is extended up to and including  April 29, 2011.

Date:   February 25, 2011